ACCEPTED
03-15-00252-CV
7971932
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 1:27:16 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

J. CAMPBELL BARKER
DEPUTY SOLICITOR GENERAL

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 1:27:16 PM
JEFFREY D. KYLE
Clerk

(512) 936-0596
CAM.BARKER@TEXASATTORNEYGENERAL.GOV

November 24, 2015

Mr. Jeffrey D. Kyle, Clerk
Court of Appeals for the Third Judicial District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

　　　　Re:　　No. 03-15-00401-CV, *In re Xerox Corp.*
　　　　　　　No. 03-15-00252-CV, *Nazari v. State of Texas v. Xerox Corp.*

Dear Mr. Kyle:

　　　　Pursuant to the Court's order of November 20, 2015, the parties in the two above-cited causes have agreed on an order and division of oral argument, as follows:

**No. 03-15-00401-CV, *In re Xerox Corporation*** (30 min. total):
　　　　Xerox:　　　　　12 min.
　　　　State of Texas:　15 min.
　　　　Xerox rebuttal:　3 min.

**No. 03-15-00252-CV, *State v. Nazari*** (30 min. total):
　　　　Nazari:　　　　　10 min.
　　　　Xerox:　　　　　4 min.
　　　　State of Texas:　13 min.
　　　　Nazari rebuttal:　3 min.

　　　　Additionally, please let this letter serve as notice that Raymond C. Winter will present oral argument on behalf of the State of Texas in No. 03-15-00401-CV, and that the undersigned, J. Campbell Barker, will present oral argument on behalf of the State of Texas in No. 03-15-00252-CV.

Letter to Mr. Jeffrey D. Kyle, Clerk
November 24, 2015
Page 2

Sincerely,

<u>/s/ J. Campbell Barker</u>
J. Campbell Barker
*Counsel for the State of Texas*

cc:         All counsel of record